IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:18-MJ-584 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| JULES A. BARTOW, | ) | Court Date: December 10, 2018 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor - 6676988)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 6, 2018, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JULES A. BARTOW, did unlawfully intend to cause public inconvenience, annoyance or alarm, or recklessly create a risk thereof in a public building or public place, in that he engaged in conduct having a direct tendency to cause acts of violence by the person at whom such conduct was directed.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-415A, 1950, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Evan P. Clark
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this _7_ day of December 2018 to the defendant's home of record.

By: _____

Evan P. Clark
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Evan.Clark@usdoj.gov